

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00325-CV

_____

**IN THE MATTER OF THE MARRIAGE OF JEREMY LINN HITCHCOCK AND MARIA FRANCISCA EDE AND IN THE INTEREST OF H.M.H., A CHILD**

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 82759-L2, Honorable Matthew C. Martindale, Presiding

March 5, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Jeremy Linn Hitchcock, appeals from the trial court's *Final Decree of Divorce and Order for Conservatorship and Child Support*. The clerk's record was due February 10, 2025, but was not filed due to Hitchcock's failure to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter that day, we directed Hitchcock to pay for the clerk's record by February 21 or the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Hitchcock has not made payment arrangements for the clerk's record, filed a response

addressing the omission, or submitted a notice electing to file an appendix in lieu of a clerk's record pursuant to Rule of Appellate Procedure 34.5a.

Consequently, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam